THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN FAHY, Appellant, *v.* BERNARD J. YORK et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Fahy* v. *York,* 49 App. Div. 178, affirmed.
(Argued April 17, 1900; decided May 8, 1900.)

|  |  |
|---|---|
| 163 | 551 |
| Case 1 |  |
| 169 | 455 |
| 163 | 551 |
| Case 1 |  |
| 77 AD | 153 |
| 77 AD | 637 |

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1900, dismissing a writ of certiorari to review the determination of the defendants, as police commissioners of the city of New York, in dismissing relator from the police force of that city, and affirming such proceedings.

*Hyacinthe Ringrose* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and LANDON, JJ. Absent: VANN, J.